Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Annie A | Case Number: 06 B 00479 |
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 1/19/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 12, 2009
Confirmed:   March 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,220.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,927.49 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 292.51 |
| Other Funds: | | 0.00 |
| Totals: | 5,220.00 | 5,220.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 17.16 | 26.32 |
| 4. | General Motors Acceptance Corp | Unsecured | 1,117.63 | 1,713.92 |
| 5. | World Financial Network Nat'l | Unsecured | 6.97 | 10.69 |
| 6. | SMC Collections | Unsecured | 54.39 | 83.43 |
| 7. | World Financial Network Nat'l | Unsecured | 7.90 | 12.11 |
| 8. | RoundUp Funding LLC | Unsecured | 52.84 | 81.02 |
| 9. | Bank Of America | Unsecured | | No Claim Filed |
| 10. | Marathon | Unsecured | | No Claim Filed |
| 11. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 12. | Wal Mart Stores | Unsecured | | No Claim Filed |
| | | | $ 4,256.89 | $ 4,927.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 39.87 |
| 5% | 21.75 |
| 4.8% | 41.76 |
| 5.4% | 92.46 |
| 6.5% | 56.17 |
| 6.6% | 40.50 |
| | $ 292.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Annie A | Case Number:  06 B 00479 |
| | Judge:  Hollis, Pamela S |
| Printed: 02/17/09 | Filed:  1/19/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*